UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SIERRA-CARRIERO,<br><br>Defendant. | No. 2:20-CR-00067-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 41)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 41**. Specifically, Defendant is requesting to lift the condition that requires home confinement on electronic monitoring.

Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request. The parties further advise that Defendant has been compliant with all conditions since his pretrial release over eight months ago, and that the expense of ECM is burdensome.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 41,** is **GRANTED**. Defendant is no longer required to follow condition #28 which requires him to remain at home on electronic monitoring, **ECF No. 30.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 7, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1